FILED

MAR 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:11-cr-00365
          Plaintiff,                )
                                    )
     v.                             )   RELEASE ORDER
                                    )
ARTEMIO AGUILAR                     )
                                    )
          Defendant.                )
_____)

TO UNITED STATES MARSHALL:

      You are directed to release Defendant Artemio Aguilar from custody on the charges in this case on March 28, 2014.

Dated:  March 28, 2014

_____
GARLAND E. BURRELL, JR.
United States District Judge

— file copy —
original to USM in Court

1